In the Matter of the Application of RUDOLPH QUITTNER, Respondent, for an Order of the Court Appointing Two Arbitrators on Behalf of JULIUS G. WEISER, Appellant, under Arbitration Agreement. (Appeal No. 2.)— Order granting petitioner's motion for an order appointing two arbitrators to act for Julius G. Weiser in the arbitration proceeding, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

HARRY HOLLANDER, Respondent, v. HOUSEHOLD FINANCE CORPORATION OF NEW YORK, Appellant, Impleaded with Another.— Order in so far as it grants plaintiff's motion for examination of defendant-appellant before trial unanimously affirmed. In so far as it denies said defendant's cross-motion for a bill of particulars, the order is unanimously modified by granting a bill of particulars as to items 2, 3, 4 and 5. As so modified the order appealed from is affirmed, without costs; the date for the examination to proceed to be fixed in the order; the bill of particulars to be served within ten days after completion of examination before trial. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

In the Matter of the Application of MAURICE M. LICHTMANN, Respondent, for a Mandamus Order against MASTER INSTITUTE OF UNITED ARTS, INC., and Others, Appellants.— Order granting petitioner's motion for a preference and placing cause on the jury reserve calendar unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

GENE BUCK, as President of the American Society of Composers, Authors and Publishers, v. THE VOICE OF BROOKLYN, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

FANNIE KNOPF v. MAX HELLER and EAST RIVER SAVINGS BANK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

AMELIA NOTTER v. UNION RAILWAYS COMPANY OF NEW YORK and METROPOLITAN SEWER PIPE CO., INC.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted upon defendant Metropolitan Sewer Pipe Co., Inc., filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

JOSEPH SCHWARTZ v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

RUTH FEDERMAN DIAMOND, as Guardian ad Litem of RUTH DIAMOND and GLORIA DIAMOND, v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.